**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shirley K. Klahn, | CIV 10-8201-PCT-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of the Social Security Administration, | |
| Defendant. | |

On June 25, 2014, the United States Court of Appeals for the Ninth Circuit entered its Memorandum and Mandate remanding this matter to the ALJ for further administrative proceedings. Specifically, without addressing Plaintiff's arguments challenging the ALJ's rulings finding her not fully credible and rejecting her doctors' opinions about the extent of her disability, the court found that the ALJ failed to address the Ninth Circuit's holding in Lounsburry v. Barnhart, 468 F.3d 1111 (9th Cir. 2006). Thus, the Ninth Circuit remands this matter to the ALJ for further consideration of Plaintiff's claim in light of Lounsburry.

Therefore,

**IT IS ORDERED** that pursuant to the Ninth Circuit's Memorandum and Mandate, this matter is remanded to the ALJ for further consideration of Plaintiff's claim in light of Lounsburry;

\\\

\\\

\\\

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly.

DATED this 21st day of August, 2014.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge